# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 31, 2025

## NO. 03-25-00438-CR

**James Richardson Reece, Appellant**

**v.**

**The State of Texas, Appellee**

---

**APPEAL FROM COUNTY COURT AT LAW NO. 2 OF HAYS COUNTY**
**BEFORE JUSTICES TRIANA, KELLY AND THEOFANIS**
**DISMISSED FOR WANT OF JURISDICTION-- OPINION BY JUSTICE TRIANA**

---

This is an appeal from the order of dismissal signed by the trial court on March 20, 2025. Having reviewed the record, the Court has determined that this appeal should be consolidated into cause number 03-25-00433-CR and that this cause should be dismissed. Therefore, the Court consolidates this cause, transfers all the records and filings in this cause number to cause number 03-25-00433-CR and dismisses cause number 03-25-00438-CR. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.